Certificate Number: 06531-PAW-DE-037114488

Bankruptcy Case Number: 22-70424



06531-PAW-DE-037114488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2023, at 7:44 o'clock PM CST, Elizabeth E Berardinelli completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 17, 2023          By:    /s/Seneca Lovett

                                  Name:  Seneca Lovett

                                  Title: Credit Counselor